IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| MARIA ALEJANDRA LOPEZ, ) | |
| ) | 07 B 17668 |
| Debtor . ) | |
| ) | |
| ) | Honorable John D. Schwartz |

## ORDER AND NOTICE

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that on the Court's own Motion, a status hearing will be held in the above referenced case on June 11, 2008 at 10:00 a.m., in Courtroom 719, at 219 South Dearborn Street, Chicago, Illinois. Frances Gecker, Trustee, is directed to appear and inform the Court as to when he expects to file a final report in this case.

DATED: May 19, 2008                ENTERED:

_____
John D. Schwartz
United States Bankruptcy Judge